| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>Cr. 99-122-01-B and Cr. 00-77-01-B |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>05-10185 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>David Dube<br>99 Wood Burn Drive<br>Methuen, MA 01844 | DISTRICT<br><br>DISTRICT OF NEW HAMPSHIRE | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Honorable Paul Barbadoro | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>8/13/04 | TO<br>8/12/07 |

OFFENSE

Ct. I: Conspiracy to distribute and to posses with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1) and 846 (Cr. 99-122-01-B)

Ct. I: Passing, Uttering and Possessing Counterfeit U.S. Currency, in violation of 18 U.S.C. § 472 (Cr. 00-77-01-B)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6-19-05
Date                                                                                     United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 20, 2005
Effective Date                                                                       William G. Young, United States District Judge